HOWARD B. KESSLER, M.D., ANDREW H. SHAER, M.D. AND LOCKE W. BARBER, D.O.
v.
GEORGE J. BRODER, M.D., MICHAEL R. CLAIR, M.D., WILLIAM H. HARTZ, M.D., PHILIP J. MODOFSKY, M.D., JAY S. ROSENBLUM, M.D., DELAWARE OPEN MRI RADIOLOGY ASSOCIATES, P.A., GENERAL PARTNER OF DELAWARE OPEN MRI, L.L.C. AND DELAWARE OPEN MRI II, L.L.C., COUNTY LINE OPEN MRI, INC., GENERAL PARTNER OF PENNSYLVANIA OPEN MRI AT COUNTY LINE PLAZA, L.P., AND PENNSYLVANIA OPEN MRI AT ROOSEVELT PLAZA, L.P., ANDORRA OPEN MRI, INC., GENERAL PARTNER OF ANDORRA OPEN MRI, L.P., AND JEANES RADIOLOGY ASSOCIATES, P.C., AND ITS UNINCORPORATED DIVISION, PENNSYLVANIA OPEN MRI AT GRANT PLAZA,
PETITION OF: GEORGE J. BRODER, M.D., MICHAEL R. CLAIR, M.D., WILLIAM H. HARTZ, MOLDOFSKY & ROSENBLUM.
Supreme Court of Pennsylvania, Eastern District.
February 18, 2005.

ORDER
PER CURIAM.
AND NOW, this 18th day of February, 2005, the Petition for Allowance of Appeal is hereby DENIED.